# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Timothy Engh, ) | |
| ) | **ORDER CANCELLING TRIAL AND** |
| Plaintiff, ) | **FINAL PRETRIAL CONFERENCE** |
| ) | |
| vs. ) | |
| ) | |
| LEAM Drilling Systems, LLC, ) | |
| ) | Case No. 4:13-cv-034 |
| Defendant. ) | |

Magistrate Judge Klein has issued a Report and Recommendation recommending that defendant's pending motion for summary judgment be granted and plaintiff's complaint be dismissed with prejudice. Plaintiff's deadline to object to the Report and Recommendation has been extended to January 29, 2015.

The Final Pretrial Conference is currently set for January 27, 2015. The Jury Trial is set to commence on February 9, 2015. Because the decision on the summary judgment motion will not be issued until at least January 29, 2015, the Final Pretrial Conference and Jury Trial are **CANCELLED** and will be reset at a later date if necessary.

**IT IS SO ORDERED.**

Dated this 12th day of January, 2015.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court